

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2013

No. 04-12-00419-CR

Robert G. **POSOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 298496
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The Court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court